

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

JTH TAX, INC. d/b/a LIBERTY TAX
SERVICE,

                         Plaintiff,

                                        Civil No. _2:07 cv 154_

v.

NIEN VAN,

                        Defendant.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

       Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for JTH Tax, Inc. in the above captioned action, certifies that the following are parents, trusts, subsidiaries and /or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____

_____

Or

       Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for JTH Tax, Inc. in the above captioned action, certifies that there are no parents, trusts, subsidiaries and /or affiliates of said party that have issued shares or debt securities to the public.

_3/20/07_____
Date

                       _Vanessa Szajnoga_____
                       Signature of Attorney of Litigant
                       Counsel for JTH Tax, Inc.

*Note: Under L.R. 7.1 (A)(1), this form is to be filed in duplicate with the Clerk of Court.*

Rev.8/22/00