

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

JTH TAX, INC. d/b/a LIBERTY TAX
SERVICE,

                    Plaintiff,

                                        Civil No. 2:07 cv 154

v.

NIEN VAN,

                    Defendant.

**Declaration of Jan Gundran**

Pursuant to 28 U.S.C. § 1746, I, Jan Gundran, having personal knowledge of the facts herein state under oath as follows:

    1.  I am a Staff Accountant for JTH Tax, Inc. d/b/a Liberty Tax Service ["Liberty"] and have held that position since August 2003.

    2.  On the date that Liberty Tax terminated Nien Van, March 13, 2007, she owed to Liberty Tax $21,088.64, of which $15,776.80 was more than 30 days past due. See attached document.

    3.  The attached is an accurate Debt Balance spreadsheet as of March 13, 2007. These spreadsheets are used to show the status of accounts and notes receivable as of the date indicated on such spreadsheet for Nien Van.

    4.  At no time has Nien Van paid any portion of the $21,088.64 of delinquent monies owed to Liberty as shown on the attached.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of March 2007.

                                        _____
                                        Jan Gundran

Dockets.Justia.com

**Nien Van #2747**
**Debt Balances as of 03/16/07**

**Accounts Receivable**

|  | Unpaid Amount | Amount over 30 Days past due | *See attached for detail |
|---|---|---|---|
| $ | 15,960.38 | $ 10,774.81 | |

**Notes Receivable**

| Loan# | Unpaid Principal | Unpaid Interest as of 3/16/07 | Amount over 30 Days past due |
|---|---|---|---|
| 2747-AR-05 | $ 5,001.99 | $ 1.67 | $ 5,001.99 |
| 2747-OP-04 | $ - | $ 124.60 | $ - |
| | $ 5,001.99 | $ 126.27 | $ 5,001.99 |

| | | |
|---|---|---|
| Total Owed to Liberty | $ | 21,088.64 |

| | | |
|---|---|---|
| Total Over 30 Days Due | $ | 15,776.80 |

| System: | 3/15/2007 | Liberty Tax Services | Page: 1 |
|---|---|---|---|
| | 3/15/2007 3:24:10 PM | DETAIL HISTORICAL AGED TRIAL BALANCE | User ID: jan |
| | | Receivables Management | |

User Date: 3/15/2007

Ranges:

| | | | |
|---|---|---|---|
| Customer ID: | 2747 - 2747 | Account Type: | Open Item |
| Salesperson ID: | First - Last | FAC Approved $: | First - Last |
| Customer Class: | First - Last | Sales Territory: | First - Last |
| | | Customer Name: | First - Last |
| | | Exclude: | No Activity, Multicurrency Info |
| | | Customer: | by Customer ID |
| | | Document: | by Document Date |
| ZIP Code: | First - Last | | |
| State: | First - Last | | |
| Telephone: | First - Last | | |
| Short Name: | First - Last | | |
| Posting Date: | First - 3/13/2007 | | |
| Aging Date: | 3/13/2007 | | |

* - Indicates an unposted credit document that has been applied.

Customer: 2747    Nien Van    Open Item

FAC Approved $:            Salesperson: REGION M74 (JER Territory) REGION M74 (JER

| Document Number | Description | Date | Amount | 0-15 Days | 16 - 30 Days | 31- 90 Days | Over 91 days |
|---|---|---|---|---|---|---|---|
| INV008524 | Fran Dep | 11/12/2002 | $4,000.00 | | | | $4,000.00 |
| PYMNT004461 | | 11/12/2002 | ($4,000.00) | | | | ($4,000.00) |
| INV008594 | Fran Dep | 12/4/2002 | $16,000.00 | | | | $16,000.00 |
| PYMNT004585 | | 12/4/2002 | ($16,000.00) | | | | ($16,000.00) |
| INV006029001 | INV006029 | 1/4/2003 | $267.08 | | | | $267.08 |
| CRED106152 | | 8/1/2003 | ($267.08) | | | | |
| INV006017001 | INV006017 | 1/9/2003 | $37.72 | | | | $37.72 |
| CRED106152 | | 8/1/2003 | ($37.72) | | | | |
| INV006119001 | INV006119 | 1/13/2003 | $591.57 | | | | $591.57 |
| CRED106152 | | 8/1/2003 | ($591.57) | | | | |
| INV005949 | INV005949 | 1/14/2003 | $698.61 | | | | $698.61 |
| CRED106152 | | 8/1/2003 | ($698.61) | | | | |
| INV006155001 | INV006155 | 1/14/2003 | $3,528.82 | | | | $3,528.82 |
| CRED106152 | | 8/1/2003 | ($3,528.82) | | | | |
| INV006052001 | INV006052 | 1/16/2003 | $199.35 | | | | $199.35 |
| CRED106152 | | 8/1/2003 | ($199.35) | | | | |
| INV008717 | January Rent Walmart | 1/21/2003 | $1,750.00 | | | | $1,750.00 |
| CRED106152 | | 8/1/2003 | ($1,750.00) | | | | |
| INV006201 | Min Royalty TX272 | 2/5/2003 | $5,000.00 | | | | $5,000.00 |
| CRED106152 | | 8/1/2003 | ($5,000.00) | | | | |
| FIN004348 | Feb. 2003 Finance Charge | 2/28/2003 | $106.10 | | | | $106.10 |
| CRED106152 | | 8/1/2003 | ($106.10) | | | | |
| INV010139 | February 2003 Walmart Rent | 2/28/2003 | $1,750.00 | | | | $1,750.00 |
| CRED106152 | | 8/1/2003 | ($1,750.00) | | | | |
| INV010134 | March 2003 K-Mart Rent | 3/1/2003 | $1,750.00 | | | | $1,750.00 |
| CRED106152 | | 8/1/2003 | ($1,750.00) | | | | |
| FIN004620 | Mar. 2003 Finance charge | 3/31/2003 | $208.94 | | | | $208.94 |
| CRED106152 | | 8/1/2003 | ($208.94) | | | | |
| CRED104941 | Credit Yellow Pgs. | 4/1/2003 | ($971.00) | | | | |
| INV010726 | April 2003 Walmart Rent | 4/1/2003 | $1,750.00 | | | | $1,750.00 |
| CRED106152 | | 8/1/2003 | ($1,750.00) | | | | |
| INV011309 | Reverse Yellow Pg. credit | 4/18/2003 | $971.00 | | | | $971.00 |
| CRED104941 | | 4/1/2003 | ($971.00) | | | | |
| FIN004858 | Apr. 2003 Finance charge | 4/30/2003 | $235.19 | | | | $235.19 |
| CRED106152 | | 8/1/2003 | ($235.19) | | | | |
| INV012013 | Addl Marketing 2003 - TX272 | 5/19/2003 | $971.00 | | | | $971.00 |
| CRED106097 | | 8/7/2003 | ($622.86) | | | | |
| CRED106152 | | 8/1/2003 | ($348.14) | | | | |
| FIN005099 | May 2003 Finance charge | 5/31/2003 | $268.10 | | | | $268.10 |
| CRED106152 | | 8/1/2003 | ($268.10) | | | | |
| FIN005370 | June 2003 Finance charge | 6/30/2003 | $282.67 | | | | $282.67 |
| CRED106152 | | 8/1/2003 | ($282.67) | | | | |
| FIN005627 | July 2003 Finance charge | 7/31/2003 | $290.93 | | | | $290.93 |
| CRED106152 | | 8/1/2003 | ($290.93) | | | | |
| INV006237001 | INV006237 | 7/31/2003 | $49.26 | | | | $49.26 |
| CRED106152 | | 8/1/2003 | ($49.26) | | | | |
| CRED106152 | Transfer to Note | 8/1/2003 | ($19,112.48) | | | | |
| CRED106097 | Apply from Rebate 10974 | 8/7/2003 | ($759.00) | | | | |
| INV015927 | May 03 % Mktg TX272 | 12/1/2003 | $13.85 | | | | $13.85 |
| CRED106679 | | 12/1/2003 | ($13.85) | | | | ($13.85) |

System: 3/15/2007 DETAIL HISTORICAL AGED TRIAL BALANCE Page: 3

Receivables Management

Customer Name Account Type

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-15 Days | 16 - 30 Days | 31- 90 Days | Over 91 Days |
|---|---|---|---|---|---|---|---|---|---|
| TRAN12285 | | 8/30/2005 | | | | | | | ($1,009.62) |
| FIN010735 | Dec. 2004 Finance Charge | 12/31/2004 | $74.91 | | | | | | $74.91 |
| TRAN12285 | | 8/30/2005 | | | | | | | ($74.91) |
| FIN011087 | Jan. 2005 Finance Charge | 1/31/2005 | $74.91 | | | | | | $74.91 |
| TRAN12285 | | 8/30/2005 | | | | | | | ($74.91) |
| ADV38569 | ADV38569 | 2/5/2005 | $615.24 | | | | | | $615.24 |
| TRAN12285 | | 8/30/2005 | | | | | | | ($615.24) |
| ROY38568 | ROY38568 | 2/5/2005 | $1,722.67 | | | | | | $1,722.67 |
| TRAN12285 | | 8/30/2005 | | | | | | | ($1,722.67) |
| FIN011350 | Feb. 2005 Finance Charge | 2/28/2005 | $74.91 | | | | | | $74.91 |
| TRAN12285 | | 8/30/2005 | | | | | | | ($74.91) |
| ADV41398 | ADV41398 | 3/5/2005 | $1,645.13 | | | | | | $1,645.13 |
| TRAN12285 | | 8/30/2005 | | | | | | | ($1,645.13) |
| ROY41397 | ROY41397 | 3/5/2005 | $4,606.35 | | | | | | $4,606.35 |
| TRAN12285 | | 8/30/2005 | | | | | | | ($4,606.35) |
| FIN011614 | Mar. 2005 Finance Charge | 3/31/2005 | $148.48 | | | | | | $148.48 |
| TRAN12285 | | 8/30/2005 | | | | | | | ($148.48) |
| ADV43731 | ADV43731 | 4/5/2005 | $286.83 | | | | | | $286.83 |
| TRAN12285 | | 8/30/2005 | | | | | | | ($286.83) |
| ROY43730 | ROY43730 | 4/5/2005 | $803.11 | | | | | | $803.11 |
| TRAN12285 | | 8/30/2005 | | | | | | | ($803.11) |
| FIN012081 | Apr. 2005 Finance Charge | 4/30/2005 | $242.25 | | | | | | $242.25 |
| TRAN12285 | | 8/30/2005 | | | | | | | ($242.25) |
| ADV46133 | ADV46133 | 5/5/2005 | $308.97 | | | | | | $308.97 |
| TRAN12285 | | 8/30/2005 | | | | | | | ($308.97) |
| ROY46132 | ROY46132 | 5/5/2005 | $3,752.52 | | | | | | $3,752.52 |
| TRAN12285 | | 8/30/2005 | | | | | | | ($3,752.52) |
| FIN012573 | May 2005 Finance Charge | 5/31/2005 | $264.46 | | | | | | $264.46 |
| TRAN12285 | | 8/30/2005 | | | | | | | ($264.46) |
| FIN013060 | June 2005 Finance Charge | 6/28/2005 | $325.38 | | | | | | $325.38 |
| WEB8000000118 | | 1/31/2006 | | | | | | | ($325.38) |
| FIN013540 | July 2005 Finance Charge | 7/31/2005 | $334.23 | | | | | | $334.23 |
| WEB8000000118 | | 1/31/2006 | | | | | | | ($334.23) |
| TRAN12285 | Transfer AR to Note | 8/30/2005 | ($21,956.44) | | | | | | |
| FIN014477 | Aug. 2005 Finance Charge | 8/31/2005 | $9.89 | | | | | | $9.89 |
| WEB8000000118 | | 1/31/2006 | | | | | | | ($9.89) |
| FIN014898 | Sep. 2005 Finance Charge | 9/30/2005 | $9.89 | | | | | | $9.89 |
| WEB8000000118 | | 1/31/2006 | | | | | | | ($9.89) |
| FIN015284 | Oct. 2005 Finance Charge | 10/31/2005 | $10.19 | | | | | | $10.19 |
| WEB8000000118 | | 1/31/2006 | | | | | | | ($10.19) |
| FIN015666 | Nov. 2005 Finance Charge | 11/30/2005 | $10.19 | | | | | | $10.19 |
| WEB8000000118 | | 1/31/2006 | | | | | | | ($10.19) |
| INV13311 | INV13311 | 12/20/2005 | $142.23 | | | | | | $142.23 |
| CREDT12837 | | 2/9/2006 | | | | | | | ($80.82) |
| PYMNT030429 | | 2/5/2007 | | | | | | | ($61.41) |
| FIN016029 | Dec. 2005 Finance Charge | 12/31/2005 | $10.50 | | | | | | $10.50 |
| WEB8000000118 | | 1/31/2006 | | | | | | | ($10.50) |
| FIN016390 | Jan. 2006 Finance Charge | 1/31/2006 | $2.13 | | | | | | $2.13 |
| PYMNT030288 | | 2/2/2007 | | | | | | | ($2.13) |
| WEB8000000118 | | 1/31/2006 | ($710.27) | | | | | | |
| ADV67790 | ADV67790 | 2/5/2006 | $519.78 | | | | | | $519.78 |
| PYMNT030429 | | 2/5/2007 | | | | | | | ($48.85) |
| PYMNT030705 | | 2/9/2007 | | | | | | | ($470.93) |
| ROY67789 | ROY67789 | 2/5/2006 | $1,455.37 | | | | | | $1,455.37 |
| PYMNT030705 | | 2/9/2007 | | | | | | | ($778.07) |
| WEB00001823 | | 3/2/2007 | | | | | | | ($677.30) |
| CREDT12837 | Credit part of INV13311 (P&P) | 2/9/2006 | ($80.82) | | | | | | |
| FIN016764 | Feb. 2006 Finance Charge | 2/28/2006 | $0.92 | | | | | | $0.92 |
| PYMNT030288 | | 2/2/2007 | | | | | | | ($0.92) |
| ADV70591 | ADV70591 | 3/5/2006 | $1,257.15 | | | | | | $1,257.15 |
| WEB00001823 | | 3/2/2007 | | | | | | | ($1,257.15) |
| ROY70590 | ROY70590 | 3/5/2006 | $3,520.03 | | | | | | $3,520.03 |
| FIN017101 | Mar. 2006 Finance Charge | 3/31/2006 | $30.59 | | | | | | $30.59 |
| PYMNT030288 | | 2/2/2007 | | | | | | | ($30.59) |
| ADV75359 | ADV75359 | 4/5/2006 | $344.00 | | | | | | $344.00 |
| WEB00001823 | | 3/2/2007 | | | | | | | ($344.00) |
| ROY75358 | ROY75358 | 4/5/2006 | $963.20 | | | | | | $963.20 |
| WEB00001823 | | 3/2/2007 | | | | | | | ($963.20) |
| FIN017540 | Apr. 2006 Finance Charge | 4/30/2006 | $102.25 | | | | | | $102.25 |
| PYMNT030288 | | 2/2/2007 | | | | | | | ($102.25) |
| ADV77700 | ADV77700 | | | | | | | | $400.63 |

System:     3/15/2007                    DETAIL HISTORICAL AGED TRIAL BALANCE              Page:6
                                              Receivables Management

| Customer | Name | | Account Type | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Document Number | Type | Date | Amount | Discount | Writeoff | 0-15 Days | 16 - 30 Days | 31- 90 Days | Over 91 Days |
| WEB00001823 | | 3/2/2007 | | | | | | | ($400.63) |
| ROY77699 | ROY77699 | 5/5/2006 | $5,061.40 | | | | | | $5,061.40 |
| FIN018014 | May 2006 Finance Charge | 5/31/2006 | $123.85 | | | | | | $123.85 |
| PYMNT030288 | | 2/2/2007 | | | | | | | ($123.85) |
| FIN018497 | June 2006 Finance Charge | 6/30/2006 | $205.78 | | | | | | $205.78 |
| PYMNT030288 | | 2/2/2007 | | | | | | | ($205.78) |
| FIN019012 | July 2006 Finance Charge | 7/31/2006 | $210.73 | | | | | | $210.73 |
| PYMNT030288 | | 2/2/2007 | | | | | | | ($210.73) |
| ADV87378 | ADV87378 | 8/5/2006 | $20.15 | | | | | | $20.15 |
| WEB00001823 | | 3/2/2007 | | | | | | | ($20.15) |
| ROY87377 | ROY87377 | 8/5/2006 | $56.42 | | | | | | $56.42 |
| WEB00001823 | | 3/2/2007 | | | | | | | ($56.42) |
| FIN019533 | Aug. 2006 Finance Charge | 8/31/2006 | $213.89 | | | | | | $213.89 |
| PYMNT030288 | | 2/2/2007 | | | | | | | ($213.89) |
| ADV91772 | ADV91772 | 9/5/2006 | $11.00 | | | | | | $11.00 |
| WEB00001823 | | 3/2/2007 | | | | | | | ($11.00) |
| ROY91771 | ROY91771 | 9/5/2006 | $30.80 | | | | | | $30.80 |
| WEB00001823 | | 3/2/2007 | | | | | | | ($30.80) |
| FIN020046 | Sep. 2006 Finance Charge | 9/30/2006 | $215.04 | | | | | | $215.04 |
| PYMNT030288 | | 2/2/2007 | | | | | | | ($215.04) |
| FIN020552 | Oct. 2006 Finance Charge | 10/31/2006 | $222.10 | | | | | | $222.10 |
| PYMNT030288 | | 2/2/2007 | | | | | | | ($80.82) |
| PYMNT030429 | | 2/5/2007 | | | | | | | ($141.28) |
| ADV95652 | ADV95652 | 11/5/2006 | $12.25 | | | | | | $12.25 |
| WEB00001823 | | 3/2/2007 | | | | | | | ($12.25) |
| ROY95651 | ROY95651 | 11/5/2006 | $34.30 | | | | | | $34.30 |
| WEB00001823 | | 3/2/2007 | | | | | | | ($34.30) |
| FIN021054 | Nov. 2006 Finance Charge | 11/30/2006 | $222.10 | | | | | | $222.10 |
| PYMNT030429 | | 2/5/2007 | | | | | | | ($222.10) |
| FIN021536 | Dec. 2006 Finance Charge | 12/31/2006 | $229.46 | | | | | $229.46 | |
| PYMNT030429 | | 2/5/2007 | | | | | | ($229.46) | |
| FIN022006 | Jan. 2007 Finance Charge | 1/31/2007 | $232.90 | | | | | $232.90 | |
| PYMNT030429 | | 2/5/2007 | | | | | | ($232.90) | |
| PYMNT030288 | Payment from Fee Intercept | 2/2/2007 | ($1,186.00) | | | | | | |
| ADV109136 | ADV109136 | 2/5/2007 | $783.35 | | | | | $783.35 | |
| WEB00001823 | | 3/2/2007 | | | | | | ($783.35) | |
| PYMNT030429 | Payment from Fee Intercept | 2/5/2007 | ($936.00) | | | | | | |
| ROY109135 | ROY109135 | 2/5/2007 | $2,193.38 | | | | | $2,193.38 | |
| PYMNT030705 | Payment from Fee Intercept | 2/9/2007 | ($1,249.00) | | | | | | |
| FIN022356 | Feb. 2007 Finance Charge | 2/28/2007 | $128.72 | | | $128.72 | | | |
| WEB00001823 | EFT Transaction | 3/2/2007 | ($4,590.55) | | | | | | |
| ADV113316 | ADV113316 | 3/5/2007 | $1,330.75 | | | $1,330.75 | | | |
| ROY113315 | ROY113315 | 3/5/2007 | $3,726.10 | | | $3,726.10 | | | |

Contact: 2747 TX                    (    )   -      Ext.
Terms:    Net 15                    Totals:    $15,960.38          $5,185.57      $0.00        $2,193.38      $8,581.43
Credit:              Unlimited

    1 Customer(s)              Grand Totals:    $15,960.38          $5,185.57      $0.00        $2,193.38      $8,581.43

# Loan Delinquency Report By Customer

## Liberty Tax Service
### 3/15/2007

Delinquency Date :   3/13/2007
Tolerance :   $0.00

| Name<br>Customer ID<br>Facility ID<br>Loan ID<br>GL Code | Officer<br>Branch<br>Loan Type<br>Billing Cycle | Principal Bal<br>Interest Recv<br>Oldest Due<br>Oldest Aging | 1-15 Days<br>Principal<br>Interest<br>Late Fee<br>Total | 16-30 Days<br>Principal<br>Interest<br>Late Fee<br>Total | 31-60 Days<br>Principal<br>Interest<br>Late Fee<br>Total | 61-90 Days<br>Principal<br>Interest<br>Late Fee<br>Total | Over 90 Days<br>Principal<br>Interest<br>Late Fee<br>Total | Total<br>Principal<br>Interest<br>Late Fee<br>Total |
|---|---|---|---|---|---|---|---|---|
| Nien Van<br>2747<br>AR<br>2747-AR-05<br>1605-AR-RO | Bowerman<br>4<br>Maturity<br>Maturity | $5,001.99<br><br>2/28/2006<br>378 | | | | | $5,001.99<br><br><br>$5,001.99 | $5,001.99<br><br><br>$5,001.99 |
| Grand Totals: | | $5,001.99<br>$0.00 | $0.00<br>$0.00<br>$0.00<br>$0.00 | $0.00<br>$0.00<br>$0.00<br>$0.00 | $0.00<br>$0.00<br>$0.00<br>$0.00 | $0.00<br>$0.00<br>$0.00<br>$0.00 | $5,001.99<br>$0.00<br>$0.00<br>$5,001.99 | $5,001.99<br>$0.00<br>$0.00<br>$5,001.99 |