

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

JTH TAX, INC. d/b/a LIBERTY TAX
SERVICE,

                Plaintiff,

                              Civil No. 2:07 cv 154

v.

NIEN VAN,

                Defendant.

### Declaration of Kimberly Jolley

Pursuant to 28 U.S.C. § 1746, I, Kimberly Jolley, having personal knowledge of the facts herein state under oath as follows:

    1. I am an investigator at Gulf Investigations located in Rockport, Texas.

    2. On or about March 8, 2007, I was retained by JTH Tax, Inc. d/b/a Liberty Tax Service ("Liberty") to investigate "American Tax Service" and the defendant, Nien Van ("Van").

    3. On this date I posed as a potential tax filing customer and proceeded to 405 N. Church Street, Rockport, Texas.

    4. Attached hereto as Exhibit 1 are fair and accurate depictions of this office. The pictures show signage including a sign that read "Liberty Only Parking."

    5. Attached hereto as Exhibit 2 are fair and accurate depictions of the inside of the office which displayed two large Lady Liberty cutouts and a stack of brochures for Liberty Business Solutions with the phone number (361) 230-0226 and the address 405 N. Church Street, Rockport, Texas.

1

6. Shortly after entering the office, an employee approached and asked if I required assistance. I asked this employee who owned the business at which we were located. The employee stated that Nien Van was the owner of the company and provided a brochure and business card with "Nien Van" handwritten on the top line of the business card as well as the handwritten phone number 215-9622 which the employee informed me was the cell phone number for Ms. Van. The business card also listed a telephone number (361) 758-9265 which according to Liberty's website, www.libertytax.com is the legitimate phone number for the Liberty office in Aransas Pass, Texas. Attached hereto as Exhibit 3 is a true and correct copy of this brochure and business card.

7. I requested to have Nien Van prepare my taxes and was told that an appointment was necessary. I was further informed that all tax returns were processed through HSBC.

8. I also questioned the employee as to how long the company had been located at this location. The employee responded that they had been located at this office for three years.

9. According to the 2006/2007 local telephone directories for the Rockport, Texas area, a Liberty Tax Service, Rockport office is listed along with the telephone number (361) 230-0226. Attached hereto as Exhibit 4 is a true and correct copy of these telephone directory listings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23 day of March 2007.

_Kimberly Jolley_
Kimberly Jolley





EXHIBIT 1













## Complete Bookkeeping Service
- Prepare Monthly Profit/Loss Statements
- Prepare Cash Flow Statements
- Prepare Monthly, Quarterly and Annual Reports-Sales and Use Tax Returns, and Annual Payroll Withholding
- Accounts Payable Processing
- Bank Reconciliation
- Setup your QuickBooks and Online Access

## Payroll Services
- E-mail, fax, or phone your time data
- Print payroll checks with detailed reports
- Direct deposit to employee's bank accounts
- Payroll tax payment service
- Preparation and filing of quarterly and annual federal and state payroll tax returns

## Income Tax Preparation
- Individual and Small Business
- Prepare current and past tax year returns
- Prepare Federal, States and Local Returns
- Refund Anticipation Loan (RAL) available

## Computer Services
- Overall Hardware/Software Consultation
- Repair/Upgrade existing systems
- Install QuickBooks and Quicken
- QuickBooks Access online
- Small Business networks setup
- Word processing and data entry
- Printing and Copying Services

# LIBERTY



# BUSINESS SOLUTIONS

*Bookkeeping Services
*Payroll Services
*Income Tax Preparations
*Computer Consultation

405 N. Church
Rockport, TX 78382
(361) 230-0226



Liberty Business Solutions
405 N. Church
Rockport, TX 78382
361-230-0226
361-759-9265

215-9622

New View

EXHIBIT 3

# The User-Friendly Phone Book

**LARGE Print**

## Coastal Bend

**Covering:** Aransas Pass, Bayside, Edroy, Fulton, Gregory, Ingleside, Portland, Rockport, Sinton, & Taft

Formerly: **The Coastal Bend Directory**



Hurricane Map Inside

2006/2007

WHITE PAGES | WHITE PAGES | COMMUNITY INFO | MAPS | MENUS | COUPONS | YELLOW





RE/MAX — **Security Real Estate** — 2730 Hwy 35 N–ROCKPORT — 1-800-221-5028 — www.remax-security.com — 729-2256

EXHIBIT 4

# FILE IT NOW INCOME TAX

### Over 31 Years Experience
### Fast Electronic Filing
### Some Checks Same Day

| | |
|---|---|
| 4732 Ayers-Corpus Christi | 814-3299 |
| 11131 Leopard-Corpus Christi | ......... |
| Robstown | 241-3299 |
| Glazebrook | ......... |
| 906 B Dallas St-Portland | 643-0059 |
| Ingleside - Moved To Portland | ......... |
| 202 Hwy 181 N-Taft | 528-2565 |
| 600 N Johnson St-Alice | ......... |



**FAST • ACCURATE • FRIENDLY**

www.libertytax.com
- Fast Loans On Refunds - Most Within 24 Hours
  (Based On Refund Anticipation Loan)
- Free Electronic Filing (With Paid Preparation)
- Extensions/Expert Tax Advice/Year Round Service
- Fastest Growing International Tax Service Ever

Quality Service At The Best Price

**(361) 758-5548**    ARANSAS PASS    **1-866-972-6666**
235 S. Commercial - Aransas Pass

---

**TAX RETURN PREPARATION & FILING (CONT'D)**

**FILE IT NOW INCOME TAX**
| | |
|---|---|
| 4732 Ayers Crps Chrst 78415 | 814-3299 |
| 11131 Leopard Crps Chrsl | 241-3299 |
| 906-B Dallas St Portland | 643-0059 |
| Ingleside Call Portland | 643-0059 |
| 202 Hwy 281 N Taft | 615-528-2565 |
| 600 N Johnson St Alice | 668-8299 |

Please See Our Ad On This Page

| | |
|---|---|
| File-It-Now Income Tax 202 Us Highway 181 T0 | 528-2565 |
| H & R Block 117 E Sinton | 364-2921 |
| HR Block 2401 N Hwy 35 | 790-9053 |
| H & R Block 442 S Commercial Arns Ps | 758-2911 |
| H & R Block 1500 Wildcat Dr Ste 5 Prtlnd | 643-6808 |
| H & R Block Co 2714 N Hwy 35 | 729-4919 |
| Island Bookkeeping & Tax Service Penny Rogers | 749-5396 |
| Jackson D E Co 100 Turnbough Av Arns Ps | 758-5531 |
| Johnson & Cate 2602 N Hwy 35 | 729-9707 |

**LIBERTY TAX SERVICE**
| | |
|---|---|
| 235 S Commercial Aransas Pass 78335 | 758-5548 |
| Rockport Call | 230-0226 |
| Tax Return Preparation Call Toll Free Toll Free | 866-972-6666 |

Please See Our Ad On This Page
Continued Next Page

Liberty Tax Service
  235 S Commercial Aransas Pass 78335 ............................ 758-5548
  Rockport Call ........................................................ 230-0226
  Tax Return Preparation Call Toll Free Toll Free ........ 866-972-6666
Library Of Aransas Pass N Lamont Aransas Pass 78336 .... 758-2350
Licona Patti 2063 La Quinta Dr Ingleside 78362 ................ 775-0270
Liddell Billy D 115 N Ninth St 78358 .............................. 727-0492
Liechti Sharon 1101 Gregory St Taft 78390 .................... 528-2412
Liesik Pat Port Aransas ................................................ 749-1145
Liesik Patricia 6745 Hwy 361 Port Aransas 78373 .......... 749-3345
Life In Paradise Short Term Rentals
  424 W Avenue C Port Aransas 78373 ............................ 749-7206
Life Investors Insurance Co Of America
  1119 Pine Av 78392 ................................................... 727-0384
Lifestyle Center The 2600 Lakeview Dr 78382 ............... 729-9799
Lifo Systems Inc 230 S Cut Off Rd Port Aransas 78373 .... 749-5506
Liggins John 2201 Pebble Beach Dr Ingleside 78362 ........ 776-5320
Light Rodney 477 N Walter Rd 78382 ............................ 729-7421
Light Surroundings ..................................................... 727-0795
Lightfoot H L .............................................................. 758-3709
Lighthouse Christain School 922 S Hwy 35 .................. 729-5887

LIGHTHOUSE INN AT ARANSAS BAY
  200 S Fulton Beach Rd Rckprt ................................... 790-8439

Lighthouse Liquors
  2815 Hwy 35 N (Live Oak Plaza) Rckprt ...................... 729-8500
Lightman Marshal & Victoria 105 Bellaire 78382 ........ 729-7087
Lightsey Bobby 441 S Houston St Aransas Pass 78336 .... 758-5144
Lightsey Melissa 220 S Av A Aransas Pass 78336 .......... 758-3205
Ligon Ben 214 Nueces Dr Portland 78374 ...................... 643-0952
Ligon C W 111 San Saba Dr Portland 78374 .................. 643-5996
Lil Bit Os Jersey 6544 N Hwy 35 78382 ........................ 790-5568
Li'L Corner Bar 425 N Vineyard Av 78387 .................... 364-4755
Lites Ann Acker 720 Beach Access Rd 1-A Port Aransas 78373 749-6410
Liles Harold 2131 N Fulton Beach Rd 78382 .................. 727-9616
Lilley R L 1601 Fm 3036 78382 .................................... 727-0636
Lilly Chad & Amy Lynn 205 Griffith Dr 78382 .............. 727-0371
Lilly Donita 117 Ivy Ln 78382 ...................................... 790-9284
Limbaugh Funeral Home
  5th @ Wildcat Portland 78374 .................................... 643-6564
Limbaugh Ginger 114 Fulton Pl Portland 78374 ............ 643-4147
Limbaugh S 115 N Janis Circle St Portland 78374 .......... 643-9462
Limited Nan Tre Van 311 Mercer St Port Aransas 78373 749-1536
Limke Alfred 15612 Cr 1196 78387 .............................. 364-3978
Limon Beatrice 307 S Atlantic Aransas Pass 78335 ........ 758-7603
Lincare 239 S Commercial St Aransas Pass 78336 .......... 758-5057
Linchangco Artemio & Donna
  502 N Sandpiper Dr Ingleside 78362 ............................ 776-5390
Lind Jeane 210 Oak Bay 78382 .................................... 727-0224
Lind Mike 1507 Dallas Portland 78374 .......................... 643-1097
Linda Dupnik Personalized ....................................... 758-3890

LINDA KAY PORTRAITS
  Call Rckprt 78382 ................................................... 442-6375

Linda's Bait Stand Fm 1069 Ingleside 78362 .................. 776-3360
Lindell Cpt Chris & Erin 110 North Sierra Woods 78382 729-9685
Lindell Norman L 215 S Gulf Port Aransas 78373 .......... 749-4398
Lindeman Gilbert & Wilma 1124 Adeline 78387 ........ 364-1547
Lindeman Nathan 869 Hamilton 78387 ........................ 364-0104
Lindeman Scott 808 Hamilton 78387 ............................ 364-0130
Lindeman Wilma 401 North Shore Blvd Portland 78374 777-1432
Linden Oaks Apartments 1201 N Live Oak St 78382 ...... 729-1875
Lindholm Ray 524 S Fulton Beach Rd 78382 .................. 729-2626
Lindholm Raymond & Phoebe
  524 S Fulton Beach Rd 78382 .................................... 729-2525
Lindhorst T 2222 Point Loma Dr Ingleside 78362 .......... 775-2226
Lindley Andrew 2201 Mundine Rd Aransas Pass 78336 .. 758-4876
Lindley Billy 1241 Denver Portland 78374 .................... 643-2647
Lindley Dan & Charlet 106 Shore Dr Portland 78374 .... 643-1767
Lindley Deloyce 2321 County Road 1986 Aransas Pass 78336 758-5977
Lindley E M 101 Benoit Ln Aransas Pass 78336 ............ 758-3548
Lindley Roy S 2524 Arkansas St Ingleside 78362 .......... 776-2905
Lindley Sandra K .................................................... 775-0613
Lindley William ...................................................... 758-4620
Lindner Patrick & Dottie
  503 Dolphin Ln Port Aransas 78373 ............................ 749-5606
Lindsey D 125 Liveoak St 78382 .................................. 790-8724
Lindsey Jerry L 232 Starboard Av 78382 ...................... 727-0910
Lindsey Katherine 1907 FM 3036 78382 ...................... 790-7934
Lindsey Merle 223 Griffith Dr 78382 ............................ 729-0214
Lindsey Wayne 318 Donnie Dr East ............................ 729-2685
Line Fishing Port Aransas ............................................ 749-6440
Liners Henry 2033 N Fulton Beach Rd 78382 ................ 729-0914
Linford Nevada 1301 Lone Star Rd 78382 .................... 729-4547
Lingner Freddie A 923 Sea Gull 78382 ........................ 729-6744
Lingner Real Estate ................................................. 729-2069

Linn Charles A 2238 Memorial Pkwy Portland 78374 .... 643-9062
Linn T Ingleside .......................................................... 776-1675
Linney Ira Jr 1647 W Beasley Av Aransas Pass 78336 .... 758-0634
Linney Sam Dragline Service & General Contracting
  2203 Young 78382 .................................................. 729-6994
Linney Vincent 2610 First St 78340 .............................. 529-8989
L'Insalata Edmund & Barbara
  112 Whistler's Bend 78382 ........................................ 790-7657
Linscomb A J .............................................................. 368-2415
Linscomb A J & Billie .............................................. 368-3400
Linscomb Wesley ..................................................... 777-2158
Linsteadt Steven & Jeri 2320 Pecan Dr Portland 78374 .. 643-5600
Linsteadt Steven W .................................................. 777-3364
Lintz Lisa 2441 Fm 1069 Aransas Pass 78336 ................ 758-8205
Linville Renee 2119 Memorial Pkwy Portland 78374 .... 643-2392
Linville Ronnie & Virginia
  2210 Live Oak Dr Portland 78374 .............................. 643-3460
Lipa Edwin S 310 Club Lake Dr 78382 .......................... 729-1623
Lipka J 106 Acacia Arch Portland 78374 ........................ 777-0824
Lippke Paul L 19 Flamingo Rd 78382 .......................... 729-7965
Lippold Bob 113 Hawthorne Plc Portland 78374 ............ 643-8094
Lipscomb Kimberli & Trey
  301 North Shore Blvd Portland 78374 .......................... 643-7805
Lipscomb Lindsey 406 Nassau 78382 .......................... 727-0104
Liquidate Texas
  4345 Kostoryz Rd Corpus Christi 78415 ...................... 854-3229
  Website ............................................... www.liquidatetexas.com
Lira Antonia 516 Vista Dr Odem 78370 ........................ 368-2364
Lira D 300 Mesquite 78387 .......................................... 364-3739
Lira Otila 111 E Willis St Odem 78370 .......................... 368-2701
Lira Patricia & Armando 201 San Diego St Odem 78370 368-2470
Lisabellas Bistro
  224 E Cotter Port Aransas 78373 ................................ 749-4222
Liscotti Donald & Twyla 137 Lanfair Ln 78382 ............ 790-7360
Liserio E .................................................................... 368-2826
Lishman James 311 Timothy St 78382 ........................ 727-0166
Lister Gordon F & Judy S
  720 Access Rd 1A Port Aransas 78373 ........................ 749-7500
Lister J M 217 W Brancreft Port Aransas 78373 ............ 749-6072
Lister Joseph W 1505 E Paisano 78382 ........................ 729-9669
Lister L W & Jo Ann 2009 Glass Av 78382 .................. 790-8733
Lister Raymond 10 Jamaica Dr 78381 .......................... 729-3228
Liston Ray 322 Bermuda 78382 .................................. 727-1718
Litman Andrew 905 Lewis 78387 ................................ 364-5502
Little Bay Marine 1038 Broadway 78381 .................... 729-7409
Little Bay Resort 1801 Broadway 78382 ...................... 729-6257
Little Big Jobs Painting
  Call Gary Middlebrook ............................................ 290-5311
Little Cathy R & Jim H 1036 N Live Oak St 78382 ...... 729-1863
Little Ingrid rltr 1869 Bay Shore Dr 78382 .................. 729-2772
Little James P 1214 E Terra Ln 78382 .......................... 729-0785
Little James T 2506 Turkey Neck Cir 78382 .................. 729-6167
Little James W ........................................................ 749-2918
Little Jay 1790 FM 1781 78382 .................................... 729-5935
Little Jeff & Mary 16 Catalina Dr 78382 ...................... 729-5022
Little Joe's Smoke'n Grill
  200 W Avenue G Port Aransas 78373 .......................... 749-2331
Little L E .................................................................. 643-6281
Little Larry & Deborah 10 Bentwood Ln 78382 .......... 727-0491
Little Lights Learning Center
  123 S Doughty Rckprt 78382 .................................... 727-9961
Little Piece Of Paradise
  218 E Goodnight Ave Aransas Pass 78336 .................. 758-6931
Little Ray 1601 Fm 3036 78382 .................................. 729-8815
Little Robt G 1641 N Fulton Beach Rd 78382 ................ 729-6151
Little Roland 215 Hunters Alley 78382 ........................ 729-0611
Little Royce 336 Woodlawn 78387 ................................ 364-1681
Little Russel 4561 FM 1781 78382 .............................. 729-6771
Little S 601 N Magnolia St 78382 ................................ 729-8571
Little Shop The 505 Sodville Av 78387 ........................ 364-4821
Little Sign Shop
  107 N Factor Beach Rd Fulton 78358 .......................... 790-9361
Littlell Chad 420 E Cotter Av Port Aransas 78373 .......... 749-6911
Littleton J D 230 S Cut Off Rd Port Aransas 78373 ........ 749-5411
Littleton J S West Sinton Rd 78387 .............................. 364-3313
Littleton Melvin 1329 Hwy 361 Port Aransas 78373 ...... 749-3031
Littleton Melvin & Delana
  664 Shoreline Cir Port Aransas 78373 .......................... 749-7333
Littleton R A 105 N Second St 78358 ............................ 729-2167
Littleton Ricky 1205 Enterprise Blvd 78382 .................. 729-3664
Littrell Brian 1121 Memorial Pkwy Portland 78374 ........ 643-2181
Litz William J220 Jims Smokehouse Rd 78382 .............. 727-0781
Live Oak Design & Construction .............................. 749-7882
Live Oak Golf Country Club Inc
  318 Country Club Rd 78382 ...................................... 729-7311

LIVE OAK INTERIORS
  3002 Hwy 35 N Suite D Rckprt 78382 ....................... 729-3111

Live Oak Material Inc Fm 2725 Ingleside 78362 ............ 643-9062
Live Oak Material Inc Fm 2725 Ingleside 78362 ............ 776-1675
Live Oak Materials
  Scale House 600 Fm 2725 Ingleside 78362
Live Oak Materials-Garrett Marine
Live Oak Materials Inc Garrett Rd Ingleside 78
Live Oak Reserves Inc 5421 FM 1781 78382
Live Oak Village 2101 W Wheeler Ave Aransas Pas
Livingston Alan & Lucia 1821 Dolphin Dr Por
Livingston Clinton
Livingston Jane 700 Island Retreat Rd Port Aran
Livingston Joe H 1119 Oak Av 78382
Livingston L J 605 Lauderdale 78382
Livingston Noyes III 629 Sanddollar Cir Port Ara
Livingston Stephen D
Lizcano Carlos 310 Griffith Dr 78382
Lizcano Modesto E 13 Riviera Dr 78362
Llanas Tony 2344 Palm Dr Ingleside 78362
Lloyd Dale 630 Hickory Av 78382
Lloyd David 42 Curlew Dr 78382
Lloyd H L 119 Liveoak St 78381
Lloyd Homer & Susan 1631 Bayhouse 78382
Lloyd J & J Portland
Lloyd Kenneth 48 St Charles Loop South 78382
Lloyd Wendell 1222 Hwy 35 S 78382
Loaiza Doris 4100 Wildcat Dr Portland 78374
Loayza Michael 301 Bayshore Dr Ingleside 78362
Lobaugh Robert Cr 30a 78387
Lobdell Michael 12763 Cr 1296 78387
Lobert Tom 205 E Lindera 78382
Lobner Roy Ingleside
Lobo Builders
  Call Rckprt 78381
Locascio Frank 1451 Moore Ave Portland 78374
Locascio Lori 2218 Post Oak Dr Portland 78374
Locascio Peggy Prtlnd
Locascio Tricia & Frank 1201 Mallard 78382
Lock W G 354 Club Oak 78382
Lockard Kelly & Christy
Locke Aimee & Stacy
  200 W Cotter Ave Port Aransas 78373
Locke Maryann 1401 Mesquite St 78382
Lockett William R Jr 1000 N Station Port Aran
Lockhart Albert B 2252 Kirby Rd Aransas Pass 7
Lockhart Delano 2748 Shady Oak Ln Ingleside 7
Lockhart Esther 725 Young St 78382
Lockhart Loren 116 Janin Circle E St Portland 78
Lockhart Molly 1152 Shaver Rd Aransas Pass 783
Lockwood Anne R 1821 Bay Shore Dr 78382
Lockwood Henry 1555 W DeBerry Av Aransas Pa
Lockwood Lloyd 1401 Jims Smokehouse Rd 7838
Loden Richard 1906 W Percival 78382
Lodes Gregory
Loe George & Terri 258 West Forest Oak Ln 783
Loeb Robert H Jr 1860 Bay Shore Dr 78382
Loeckle John & Judy 1807 Atascosa Dr Portl
Loeffler Amanda Prtlnd
Loeffler Joseph 2760 Shady Oak Ln Ingleside 78

LOEFFLER PAUL MD FA(
  Ear Nose & Throat Specialty Allergies
  201 W Wilson Aransas Pass 78336

Loehman Pamela 1090 Lang Rd Portland 78374
Loehr Janet & Roland 2700 Lakeview Dr 7838
Loehr Janet & Roland 2700 Lakeview Dr 7839
Loera Roland 301 W Liberty 78382
Lofgren Jeanie 207 Whispering Woods 78382
Lofland Donald 212 Terlingua Dr Portland 78374
Loffin Robert 111 S Fifth St 78358
Loftin Lester E 603 Tanglewood Ln Ingleside 783
Loftin Nora 118 Sweet Bay St 78382
Lofton F & K 336 Elm St Portland 78374
Lofton Shirley 401 North Shr Blvd Portland 7837
Logan A
Logan Bunny 502 Racine St 78382
Logan Glen 516 Sandbur Ln Port Aransas 78373
Logan Lloyd L @ Blue Heron 78352
Logeman Ted 913 Lewis 78387
Logg Tim & Kristi 1023 Cupertino St Portland 7
Loggains Heather & Christopher
  2133 Courage Ln Aransas Pass 78336
Loggins Virginia K 1416 Young St 78382
Logsdon Jennifer 2037 Armstrong Rd Aransas
Lohoefener D P 135 Marion Dr 78332
Loidl Alfred 939 Waterview Portland 78374