UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



JTH TAX, INC. d/b/a LIBERTY TAX
SERVICE,

        Plaintiff,

v.

        Civil No. 2:07cv154

NIEN VAN,

        Defendant.

### Declaration of Cory Hughes

Pursuant to 28 U.S.C. § 1746, I, Cory Hughes, having personal knowledge of the facts herein state under oath as follows:

1. I have served as the Assistant Vice President of Area Developer Operations for JTH Tax, Inc. d/b/a Liberty Tax Service ["Liberty"] since May 2006. From December 2003 until April 2006, I served as an Assistant Regional Director for Liberty in Kansas City, Missouri.

2. In January 2003, Nien Van commenced operation of a Liberty Tax office within the territory TX272 located at 235 South Commercial Street, Aransas Pass, Texas.

3. On March 13, 2007, Nien Van ["Van"] was sent a letter of termination as a result of her unauthorized operation of an office in Rockport, Texas which is outside of the franchise territory purchased by Van and without Liberty's permission. Ex. 1.

4. Liberty does not have and has never approved an office in Rockport, Texas.

5. The letter of termination sent to Van reiterates the post termination obligations contained in Van's franchise agreement and states, in part, that Van must immediately:

- Refrain from any further use of any of the licensed marks;

1

- Not identify herself as a current or former franchisee of ours;
- Pay to us all monies owing;
- Transfer all telephone numbers used in relation to the Franchised Business to us;
- Deliver to us all paper and electronic copies of her customer lists, tax returns, files and records;
- Deliver to us the Operations Manual and all updates which we loaned to her; and
- Comply with the post-termination non-competition obligations found in paragraph 10 of the franchise agreement.

6. Van has refused to comply with any of her post termination obligations and has instead retained her client files, retained the Operations Manual which Liberty loaned to her, retained her former Liberty telephone number and refused to cease identification under Liberty's federally registered trademarks.

7. It is extremely damaging to Liberty to continue to allow Van to carry on business as a tax preparer in violation of his non-compete agreement in that it undermines our contract with other franchisees and makes it more difficult to retain and grow the customer base that Lee previously served as a Liberty Tax franchisee.

8. Liberty currently has approximately 1500 franchisees throughout the United States.

9. Van's operation of an unauthorized Liberty office and her refusal to cease operation as a tax preparer and comply with her post termination obligations injures Liberty and our current franchisees who have invested significant time, energy and finances into operating a Liberty Tax franchise.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23 day of March 2007.

_____
Cory Hughes

March 13, 2007

Ms. Nien Van
1514 Wildcat Drive
Portland, TX 78374

      Re:  Termination of Franchise Agreement

Dear Ms. Van,

      This letter is to advise you that effective immediately the franchise agreement between yourself and Liberty Tax Service for the territory known as TX272 is hereby terminated pursuant to paragraph 8(b)(vi) therein. This termination is based upon your operation of an office outside of the franchise territory that you purchased without our permission.

      In addition to the violation of paragraph 8(b)(vi), you also violated paragraph 6(b) of your franchise agreement in that you used our marks, and marks that could be confused with our marks, without our prior approval.

      This letter is to further advise that since you are now terminated you are obligated to comply with the provisions of paragraph 9 of your franchise agreement, including but not limited to the following:
      *Remove all Liberty signs from your offices and other premises;
      *Refrain from any further use of any of the licensed marks;
      *Not identify yourself as a current or former franchisee of ours;
      *Pay to us all amounts due;
      *Transfer all telephone numbers used in relation to the Franchised Business to us;
      *Deliver to us all paper and electronic copies of your customer lists, tax returns, files and records; and
      *Deliver to us the Operations Manual and all updates which we loaned to you.

You are further required to comply with the post-termination non-competition obligations found in paragraph 10 of your franchise agreement.

      Please contact your area developer or Cory Hughes at 800-790-3863 if you have any questions and to make arrangements to comply with the above. Thank you for your attention to this matter.

Sincerely,

Kathleen Curry


EXHIBIT
1

```
                    UPS Receipt    1ZE265W30195945958
         Transaction Date: 13 Mar 2007 - Keep Record
```

**ADDRESS INFORMATION**

| SHIP TO | SHIPPER | ORIGIN |
|---|---|---|
| NIEN VAN<br>1514 WILDCAT DRIVE<br>PORTLAND TX 78374 | LIBERTY TAX SERVICE - HR<br>1716 CORPORATE LANDING PKW<br>VIRGINIA BEACH VA 23454 | VIRGINIA BEACH VA 23454 |

**SHIPMENT DETAILS**           Shipping Charges in USD

Service:              UPS NEXT DAY AIR
Guaranteed By::       10:30 AM, Wed. 14 Mar. 2007

                      Shipping:              22.79

**PACKAGE DETAILS**

| Pkg | Tracking Number | Length | Height | Width | Weight |
|---|---|---|---|---|---|
| 1 | 1ZE265W30195945958 | | | | Letter |

PAYMENT METHOD
  Bill Shipping Charges to:     Shipper E265W3

                      Total:                 22.79

                                  1                CS 9.0.19.00 WXPIE60