AO 440 (Rev. 10/93) Summons in A Civil Action

ORIGINAL

# United States District Court

__Eastern__ DISTRICT OF __Virginia__
Norfolk Division

JTH TAX, INC.,

    Plaintiff,

v.

NIEN VAN

    Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:07cv154

TO: Nien Van
1514 Wildcat Drive
Portland, Texas 78374

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name & address)

Vanessa Szajnoga, Esq.
Liberty Tax Service
1716 Corporate Landing Parkway
Virginia Beach, VA 23454

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of This summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo - Acting Clerk of Court      03-29-07

XXXXX      DATE

(BY) DEPUTY CLERK    Kimberly M. Everton

Dockets.Justia.com

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Compliant was made by me ¹ | DATE |
|---|---|
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

Returned unexecuted: _____

Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United Sates of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
            Date                              Signature of Server

                                            _____
                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.