AO 440 (Rev. 10/93) Summons in A Civil Action

ORIGINAL

# United States District Court

Eastern **DISTRICT OF** Virginia
Norfolk Division

FILED
APR 19 2007
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

JTH TAX, INC.,

    Plaintiff,

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER: 2:07cv154

NIEN VAN

    **Defendant.**

TO: Nien Van
1514 Wildcat Drive
Portland, Texas 78374

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name & address)

Vanessa Szajnoga, Esq.
Liberty Tax Service
1716 Corporate Landing Parkway
Virginia Beach, VA 23454

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of
This summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

Fernando Galindo - Acting Clerk of Court     03-29-07
CLERK                              DATE

(BY) DEPUTY CLERK    Kimberly M. Everton

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Compliant was made by me 1 | DATE 05/04/2007 04/05/2007 |
| NAME OF SERVER (PRINT) David Jolley | TITLE Pres |

*Check one box below to indicate appropriate method of service*

☒  Served personally upon the defendant. Place where served: Portland; (Austin st. - Moore ave) TX, 78374

☐  Left Copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

Returned unexecuted: _____

Other (specify): recieved By: M Van _____

### STATEMENT OF SERVICE FEES

| TRAVEL $155.00 | SERVICES $330.00 | TOTAL $485.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United Sates of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5th April 2007
    Date

Signature of Server

Address of Server: PO Box 2549, Rockport TX, 78381

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

I, David Jolley of Gulf Investigations, do hereby swear and affirm that I served the following documents personally upon the defendant Nien Van at Portland, Texas 78374 (Austin Street at Moore Avenue) on April 5, 2007:

- One copy of the Summons;
- One copy of a Complaint;
- One copy each of Declarations from Jan Gundran, Kimberly Jolley, Jerry Bayless, Rebecca Ross, Scott Black and Cory Hughes.

Executed on  04\13\2007
Date

_____
Signature of Server

_____
Server's Company & Address

Gulf Investigations Ltd
PO Box 2549, TX, 78381