April 23, 2007

In regards to: Nien Van Case#2:07cv154

United States Dristrict Court
Eastern District of Virginia
600 Granby Street
Norfolk, VA 23510

To Whom It May Concern,

My name is Nien Van, my case number is 2:07cv154. I was served a complaint by JTH Tax, Inc. on April 5, 2007 and needed to respond by April 25, 2007. I cannot respond by the deadline and I am writing to request an extension. I called the Clerk's Office and was told to just send in a request by April 25, 2007.

I just gave birth to my baby on April 21, 2007 and was just released from the hospital. Therefore, I am not prepared to send in a complete response served by JTH Tax, Inc. I would like to request an additional 20 days or even more if permissible. The doctor recommends I stay home at least 6 weeks, so I will try to do everything from home.

You can contact me by phone, (361) 215-9622 or through email, nienvan@yahoo.com. Thank you for you cooperation.

Sincerely,

Nien Van

cc: Vanessa Szajinoga, Esq.
    Liberty Tax Service
    1716 Corporate Landing Parkway
    Virginia Beach, VA 23454

PO BOX 143
PORTLAND, TX 78374