# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**JTH TAX, INC.,**
**d/b/a LIBERTY TAX SERVICE**
       **Plaintiff,**

      v.                                **CIVIL ACTION NO. 2:07cv154**

**NIEN VAN**

       **Defendant.**

## *ORDER*

This matter is before the Court on Defendant's Motion For Extension Of Time to respond to the complaint on the ground that Defendant was recently released from the hospital after giving birth on April 21, 2007. The Court finds that the Defendant has shown good cause for an extension of time to answer the complaint. Accordingly, the Motion to Extend Time is **GRANTED**. Defendant shall file an answer on or before June 15, 2007.

The Court **DIRECTS** the Clerk to send a copy of this Order to the parties.

**IT IS SO ORDERED**.

                                                          _____/s/_____
                                                          Raymond A. Jackson
                                                          UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
May 14, 2007