# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### OFFICE OF THE CLERK
Walter E. Hoffman U.S. Courthouse
600 Granby Street, Room 193-B
Norfolk, Virginia 23510
www.vaed.uscourts.gov

**Fernando Galindo**
**Clerk**

Telephone
(757) 222-7201
(CIVIL)

June 28, 2007

Vanessa Mercurio Szajnoga, Esquire
1716 Corporate Landing Pkwy
Virginia Beach, VA 23454

Re:   JTH Tax, Inc. v. Van
      2:07-cv-154

Dear Counsel:

You are hereby requested to make a written status report to this office within fifteen days from the date of this notice. Twenty or more days have passed since the complaint was served and we have not received responsive pleadings from the defendant.

Reasonable extensions of time to answer the complaint will be granted, but the party seeking such extension must obtain court approval. If this is the status, please submit such an order. If a party is in default, notify the Clerk's Office in writing that the entry of default is requested pursuant to Rule 55(a) FRCivP. Thank you for your assistance in this matter.

FERNANDO GALINDO, CLERK

By: _____

Kimberly Everton, Deputy Clerk