

**LIBERTY TAX SERVICE**

1716 Corporate Landing Parkway
Virginia Beach, Virginia 23454
Vanessa.Szajnoga@libtax.com (e-mail)
(757) 493-8855 (phone)
(800) 790-3863 (fax)

RECEIVED
2007 JUN 21 P 12: 17
[DISTRICT COURT]
[NORFOLK, VIRGINIA]

June 20, 2007

**Via First Class Mail**
Mr. Fernando Galindo, Clerk
United States District Court
600 Granby Street
Norfolk, VA 23510

Re:   JTH Tax, Inc. v. Nien Van (2:07cv154)

Dear Mr. Galindo:

Enclosed please find an Agreed Permanent Injunction and Dismissal Order in the above referenced matter. Please accept this Notice of Dismissal for filing and enter the Agreed Injunction. At your convenience, please forward to my attention an endorsed copy of the Agreed Permanent Injunction and Dismissal Order.

Thank you very much.

Yours truly,
LIBERTY TAX SERVICE

*Vanessa Szajnoga*
Vanessa Szajnoga
Corporate Counsel

Enclosure
Cc: Nien Van w/enc.